163 So. 904

**Lewis ABNER v. STATE.**

4 Div. 172.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Affirmed.

161 So. 914

**Ben ADAMS and Desmon (alias Desmond)
Haskins v. STATE.**

8 Div. 153.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

161 So. 914

**Cy, alias Cyrus, ADAMS v. STATE.**

8 Div. 148.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

159 So. 912

**Frank ADAMS and Paul Pegues v. STATE.**

8 Div. 987, 988.

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Affirmed.

153 So. 919

**Frank ADAMS, Jr., v. STATE.**

8 Div. 860.

Court of Appeals of Alabama.
March 6, 1934.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 919

**Frank ADAMS v. STATE.**

8 Div. 902.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.